

# IN THE
# TENTH COURT OF APPEALS

## No. 10-11-00118-CR

**TODD ROWLAND PHILLIPPI,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 40th District Court
Ellis County, Texas
Trial Court No. 34713CR**

## MEMORANDUM  OPINION

Appellant has filed a motion to dismiss his appeal.  *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in this appeal, and Appellant personally signed the motion.  The motion is granted, and the appeal is dismissed.

Appellant and the State have also filed a joint motion to issue the mandate immediately so that all conditions of a plea bargain can be completed as soon as possible.  The joint motion is granted, and the Clerk of the Court shall issue our mandate on the date that this opinion is issued.

REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Dismissed
Opinion delivered and filed May 25, 2011
Do not publish
[CR25]